UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Great American Ins. Co. a/s/o Ralph William Love

County of Residence:

| Plaintiff's Atty: | Kenneth C. Apicella<br>Nielsen, Zehe & Antas, P.C.<br>55 W. Monroe St., Ste. 1800<br>Chicago, IL 60603<br>Tel: (312) 322-9900 |
|---|---|

**Defendant(s):** Go Omaha Express, LLC and William L. Bowers

County of Residence:

| Defendant's Atty: | Shimon B. Kahan<br>Haynes, Studnicka, Kahan,<br>O'Neill & Miller, LLC<br>200 W. Adams St., Ste. 500<br>Chicago, IL 60606-5215<br>312-332-6644 |
|---|---|

II. Basis of Jurisdiction:    4. Diversity (complete item III)

III. Citizenship of Principal Parties (Diversity Cases Only)
        Plaintiff:- 1 Citizen of This State
        Defendant:- 4 Citizen of the State of Nebraska

IV. Origin :    2. Removed From State Court

V. Nature of Suit:    360 Other Personal Injury

VI. Cause of Action:    Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332

VII. Requested in Complaint
    Class Action:
    Dollar Demand: Greater than $75,000
    Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**    /s/ Shimon B. Kahan

**Date:**    April 15, 2008

Revised: 06/28/00