FILED: APRIL 15, 2008
08CV2133
TG
JUDGE ASPEN
MAGISTRATE JUDGE BROWN

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE v. GO OMAHA EXPRESS, LLC, and WILLIAM L. BOWERS, individually and as agent of GO OMAHA EXPRESS, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**GO OMAHA EXPRESS, LLC, and WILLIAM L. BOWERS**

| | |
|---|---|
| NAME (Type or print) Alton C. Haynes | |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) /s/ Alton C. Haynes | |
| FIRM HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC | |
| STREET ADDRESS 200 W. Adams St., Ste. 500 | |
| CITY/STATE/ZIP Chicago, IL 60606-5215 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3127996 | TELEPHONE NUMBER 312/332-6644 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |