2165 sbk.avs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2008 CV 02133 |
| GO OMAHA EXPRESS, LLC, and WILLIAM L. BOWERS, individually and as agent of GO OMAHA EXPRESS, LLC, | ) ) ) ) | Judge Marvin E. Aspen Magistrate Judge Brown |
| Defendants. | ) ) | |

### NOTICE OF FILING

To:    Kenneth C. Apicella
       Nielsen, Zehe & Antas, P.C.
       55 W. Monroe St., Ste. 1800
       Chicago, IL 60603

   YOU ARE HEREBY NOTIFIED that on *April 18, 2008*, there was filed with the Clerk of the Northern District of Illinois, Eastern Division, *Defendants' Answer to Complaint*, a copy of which is attached hereto.

Firm:  HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney For: Defendants
Address:  200 W. Adams St., Ste. 500
City: Chicago, IL 60606-5215
Telephone: (312) 332-6644
ARDC No. 6280314

### CERTIFICATE OF SERVICE

   I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, as well as mailed by United States Postal Service the document to the above address on April 18, 2008.

                        /s/ Shimon B. Kahan