2165.sbk          LAM:cmd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE, <br><br>Plaintiff, <br><br>v. <br><br>GO OMAHA EXPRESS, LLC, and WILLIAM L. BOWERS, individually and as agent of GO OMAHA EXPRESS, LLC, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>No. 2008 CV 02133 <br><br>Judge Marvin E. Aspen <br><br>Magistrate Judge Brown |

## NOTICE OF FILING

To:   Kenneth C. Apicella
       Nielsen, Zehe & Antas, P.C.
       55 W. Monroe St., Ste. 1800
       Chicago, IL 60603

YOU ARE HEREBY NOTIFIED that on **June 10, 2008**, there was filed with the Clerk of the Northern District of Illinois, Eastern Division, an **Appearance on behalf of Laura A. Miller for Defendants Go Omaha Express, LLC and William Bowers**, a copy of which is attached hereto.

Firm:  HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney For: Defendants
Address:  200 W. Adams St., Ste. 500
City: Chicago, IL 60606-5215
Telephone: (312) 332-6644
lmiller@hskolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, as well as mailed by United States Postal Service the document to the above address on June 10, 2008.

                                                                    /s/ Laura A. Miller