UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Great American Insurance Company
            Plaintiff,

v.                 Case No.: 1:08−cv−02133
                 Honorable Marvin E. Aspen

Go Omaha Express, LLC, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 6/10/2008, and continued to 12/9/08 at 10:30 a.m. Discovery ordered closed by 11/15/2008. Parties are to file a joint pretrial order in open court on 12/9/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.