2165.sbk         LAM:cmd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE,<br><br>                  Plaintiff,<br>v.<br><br>GREATER OMAHA EXPRESS, LLC incorrectly named as GO OMAHA EXPRESS, LLC and WILLIAM L. BOWERS,<br><br>                  Defendants. | No. 2008 CV 02133<br><br>Judge Marvin E. Aspen<br>Magistrate Judge Brown |

## MOTION FOR LEAVE TO FILE AN AMENDED APPEARANCE AND ANSWER

Now comes the defendant, GREATER OMAHA EXPRESS, LLC, incorrectly named as GO OMAHA EXPRESS, LLC, by and through its attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and respectfully requests this Court to grant it leave to file its Amended Answer and Appearance instanter. In support of said motion, the defendant states as follows:

Plaintiff incorrectly named the defendant as Go Omaha Express, LLC in its Complaint. Defendant thereafter filed an Appearance and Answer on behalf of Go Omaha Express, LLC. The correct name of the defendant is GREATER OMAHA EXPRESS, LLC.

WHEREFORE, the defendant requests leave to file an Amended Appearance and Answer on behalf of GREATER OMAHA EXPRESS, LLC, incorrectly named as Go Omaha Express, LLC.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

/s/ Laura A. Miller
Shimon B. Kahan - ARDC No. 6207172
Laura A. Miller – ARDC No. 6209524
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312)332-6644
Fax: (312)332-6655
skahan@hskolaw.com
lmiller@hskolaw.com