2165.sbk          LAM:cmd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE,<br><br>              Plaintiff,<br>v.<br><br>GO OMAHA EXPRESS, LLC, and<br>WILLIAM L. BOWERS, individually and as agent of GO OMAHA EXPRESS, LLC,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 2008 CV 02133<br>)<br>) Judge Marvin E. Aspen<br>)<br>) Magistrate Judge Brown<br>)<br>) |

## NOTICE OF MOTION

To:    Mr. Kenneth C. Apicella
        Nielsen, Zehe & Antas, P.C.
        55 West Monroe Street, Suite 1800
        Chicago, IL 60603

       On **August 14, 2008 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Marvin E. Aspen** or any judge sitting in his stead, in the courtroom usually occupied by him in **Courtroom 2568** of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Defendant's Motion for Leave to File an Amended Appearance and Answer**, a copy of which is attached hereto.

Shimon B. Kahan - ARDC No. 6207172
Laura A. Miller – ARDC No. 6209524
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant, Greater Omaha Express, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com
lmiller @hskolaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney named above and also hereby certify I sent via U.S. Mail at 200 West Adams St., Chicago, Illinois on August 5, 2008, with proper postage prepaid.

                                              /s/ Laura A. Miller
                                              Laura A. Miller - ARDC No. 6209524