2165.sbk          LAM:cmd

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY <br> a/s/o RALPH WILLIAM LOVE, <br><br>      Plaintiff, <br><br>    v. <br><br> GREATER OMAHA EXPRESS, LLC incorrectly <br> named as GO OMAHA EXPRESS, LLC, and <br> WILLIAM L. BOWERS, <br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 2008 CV 02133 <br><br> Judge Marvin E. Aspen <br><br> Magistrate Judge Brown |

### CERTIFICATE OF SERVICE

To:     Mr. Kenneth C. Apicella
   Nielsen, Zehe & Antas, P.C.
   55 West Monroe Street, Suite 1800
   Chicago, IL  60603

   I hereby certify that on <u>August 11, 2008</u>, the following documents were served upon the above-named at his respective address by depositing the same in the U.S. Mail with proper postage prepaid and that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

- Answers to Plaintiff's First Set of Interrogatories on behalf of Greater Omaha Express, LLC, incorrectly named as Go Omaha Express, LLC and
- Response to Plaintiff's Request for Production of Documents on behalf of Greater Omaha Express, LLC, incorrectly named as Go Omaha Express, LLC.

     HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC


    By:  _____
      /s/Laura A. Miler

Shimon B. Kahan - ARDC No. 6207172
Laura A. Miller – ARDC No. 6209524
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant, Greater Omaha Express, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com
lmiller @hskolaw.com