# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Great American Insurance Company a/s/o Ralph William Love
v. Greater Omaha Express, LLC, incorrectly named as Go Omaha Express, LLC and William L. Bowers

Case Number: 08 CV 02133

AMENDED

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Greater Omaha Express, LLC, incorrectly named as Go Omaha Express, LLC

| |
|---|
| NAME (Type or print)<br>Laura A. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Laura A. Miller |
| FIRM<br>Haynes, Studnicka, Kahan, O'Neill & Miller, LLC |
| STREET ADDRESS<br>200 West Adams Street, Suite 500 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209524 | TELEPHONE NUMBER<br>312-676-7055 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐