2165 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE, <br><br> Plaintiff, <br><br> v. <br><br> GREATER OMAHA EXPRESS, LLC, incorrectly Named as GO OMAHA EXPRESS, LLC and WILLIAM L. BOWERS, <br><br> Defendants. | No. 2008 CV 02133 <br><br> Judge Marvin E. Aspen <br><br> Magistrate Judge Brown |

**DEFENDANT'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AT LAW**

Now comes the defendant, GREATER OMAHA EXPRESS, LLC, incorrectly named as GO OMAHA EXPRESS, LLC, by and through its attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and in support of its *Amended Answer to Plaintiff's Complaint at Law*, states as follows:

1. On or about August 31, 2007, I-80 was a public highway traveling in a general east/west direction in or near the Joliet Township, Will County, State of Illinois.

**ANSWER:** Defendant admits the allegations of Paragraph 1.

2. At the aforesaid time and place, Plaintiff, RALPH WILLIAM LOVE (hereinafter "LOVE") was operating his commercial motor vehicle westbound on I-80.

**ANSWER:** Defendant admits the allegations of Paragraph 2.

3. At the aforesaid time and place, Defendant, GREATER OMAHA EXPRESS, LLC, through its agent WILLIAM L. BOWERS (hereinafter "BOWERS"), operated, managed, maintained and controlled a commercial motor vehicle westbound on I-80.

**ANSWER:** Defendant denies allegations of control and management as vague and as legal conclusion. Defendant admits the remaining allegations of Paragraph 3.

4. At the aforesaid time and place, Defendant, the GREATER OMAHA EXPRESS, LLC vehicle came into contact with the vehicle of the Plaintiff, LOVE.

**ANSWER:** Defendant admits that the vehicle of Defendant, GREATER OMAHA EXPRESS, LLC (incorrectly captioned as GO OMAHA EXPRESS, LLC) and vehicle of Plaintiff came into contact, but deny any negligence in association with said contact and further deny any and all remaining allegations of Paragraph 4.

5. At al times herein relevant, GREATER OMAHA EXPRESS, LLC has a duty to operate its vehicle in a safe and careful manner.

**ANSWER:** Defendant admits to only those duties imposed upon them by law, and denies any and all remaining allegations of negligence of Paragraph 5.

6. On or about August 31, 2007, Defendant, GREATER OMAHA EXPRESS, LLC, through its agent BOWERS, was negligent in one or more of the following respects:

  a) Negligently operated, managed, maintained, and controlled its motor vehicle;

  b) Operated, managed, maintained, controlled and drove a motor vehicle into collision with the rear end of the motor vehicle then and there operated by the Plaintiff;

  c) Operated its motor vehicle without keeping a proper and sufficient lookout;

  d) Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of Illinois Complied Statutes, 625 ILCS 5/11-601;

  e) Failed to decrease speed so as to avoid colliding with another vehicle (or person), in violation of 625 ILCS 5/11-601;

  f) Followed Plaintiff's vehicle more closely than was reasonable and prudent, in violation of 625 ILCS Section 11-710;

g) Operated its motor vehicle without keeping a proper and sufficient lookout;

h) Recklessly operated its motor vehicle in violation of 625 ILCS 5/11-503;

i) Failed to equip said vehicle with adequate brakes, in violation of 625 ILCS 5/12-301; and

j) Failed to give audible warning with its horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601.

**ANSWER:** Defendant denies the allegations of Paragraph 6, including subparagraphs (a) through (j), inclusive.

7. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, BOWERS, individually and as agent of GREATER OMAHA EXPRESS, INC., Plaintiff, LOVE, sustained injuries to its property.

**ANSWER:** Defendant denies the allegations of Paragraph 7.

WHEREFORE, GREATER OMAHA EXPRESS, LLC, incorrectly named as GO OMAHA EXPRESS, LLC, prays that the Court enter judgment in favor of the Defendant and against the Plaintiff GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE, and pray that the Court dismiss Plaintiff's cause of action with prejudice and costs to the Defendant.

DEFENDANT DEMANDS TRIAL BY JURY.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC


/s/ Laura A. Miller
Shimon B. Kahan - ARDC No. 6207172
Laura A. Miller – ARDC No. 6209524
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312)332-6644
Fax: (312)332-6655
skahan@hskolaw.com
lmiller@hskolaw.com