## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 CV 02133

Great American Insurance Company a/s/o Ralph William Love
v. Greater Omaha Express, LLC, incorrectly named as Go
Omaha Express, LLC and William L. Bowers

AMENDED
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Greater Omaha Express, LLC, incorrectly named as Go Omaha Express, LLC

| | |
|---|---|
| NAME (Type or print) | |
| Shimon B. Kahan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Shimon B. Kahan | |
| FIRM | |
| Haynes, Studnicka, Kahan, O'Neill & Miller, LLC | |
| STREET ADDRESS | |
| 200 West Adams Street, Suite 500 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6207172 | 312-676-7060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |