2165.sbk        LAM:cmd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY a/s/o RALPH WILLIAM LOVE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2008 CV 02133 |
| GREATER OMAHA EXPRESS, LLC, Incorrectly sued as GO OMAHA EXPRESS, LLC and WILLIAM L. BOWERS, | ) ) ) ) ) | Judge Marvin E. Aspen  Magistrate Judge Brown |
| Defendants. | ) ) | |

## NOTICE OF FILING

To:   Kenneth C. Apicella
      Nielsen, Zehe & Antas, P.C.
      55 W. Monroe St., Ste. 1800
      Chicago, IL 60603

YOU ARE HEREBY NOTIFIED that on August 14, 2008, there was filed with the Clerk of the Northern District of Illinois, Eastern Division, Amended Appearances and Amended Answer to Complaint on behalf of Greater Omaha Express, LLC, copies of which are attached hereto.

Firm:  HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney For: Defendants
Address: 200 W. Adams St., Ste. 500
City: Chicago, IL 60606-5215
Telephone: (312) 332-6644
ARDC No. 6209524

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, as well as mailed by United States Postal Service the document to the above address on August 14, 2008.

/s/ Laura A. Miller